# United States District Court
# Western District of North Carolina
# Bryson City Division

| | | |
|---|---|---|
| Loretta Simond Huskins | ) | JUDGMENT IN CASE |
| | ) | 2:06-cr-00035-01 |
| Petitioner, | ) | 2:12-cv-00081-MR |
| | ) | |
| vs. | ) | |
| | ) | |
| United States of America | ) | |
| Respondent | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's May 25, 2013 Order.

May 28, 2013

Frank G. Johns, Clerk
United States District Court